USAO# 2010R00742/MHR

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11-CR-647 (WJM) |
| | : | |
| v. | : | 21 U.S.C. §§ 846, 841(a)(1), |
| | : | (b)(1)(C) and 853; and 18 |
| | : | U.S.C. §§ 922(g)(1), 924 |
| | : | (c)(1)(A)(i), 924(d)(1) |
| NARIK WILSON, | : | and 2; and 28 U.S.C. § 2461(c) |
| a/k/a "Spaz" | : | |
| | : | |
| | : | |
| | : | I N D I C T M E N T |
| | : | |

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

### COUNT ONE

1.  From as early as in or around April 2011 through on or about August 26, 2011, in Essex County, in the District of New Jersey and elsewhere, defendant

    NARIK WILSON,
    a/k/a "Spaz,"

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute a quantity of heroin, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## MANNER AND MEANS

2. NARIK WILSON, a/k/a "Spaz", together with other persons, known and unknown, were leaders, members and associates of the criminal organization that was known and referred to as Sex Money Murder ("SMM"), a set of the Bloods street gang that operates in and around Essex County and elsewhere in the District of New Jersey. Members and associates of the Sex Money Murder set of the Bloods street gang engaged in criminal acts, including distributing and possessing with intent to distribute drugs, possessing firearms, and possessing firearms in furtherance of drug trafficking activity and crimes of violence.

3. It was part of the conspiracy that NARIK WILSON and other members of Sex Money Murder obtained heroin and cocaine from various sources.

4. It was further part of the conspiracy that members of Sex Money Murder stored heroin, cocaine, drug paraphernalia and firearms at various locations, including apartment buildings in Essex County, New Jersey.

5. It was further part of the conspiracy that members of Sex Money Murder distributed heroin and cocaine at various locations, including locations in Essex County, New Jersey.

6. It was further part of the conspiracy that members of Sex Money Murder, including NARIK WILSON possessed, stored,

and used firearms and ammunition to protect the drug trafficking activity of Sex Money Murder.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

7. On or about April 28, 2011, in Essex County, in the District of New Jersey, and elsewhere, defendant

>NARIK WILSON,
>a/k/a "Spaz,"

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is the violation of 21 U.S.C. § 846 charged in Count One of this Indictment, did knowingly and willfully use and carry and, in furtherance of such crime, possess a firearm namely,

> (a) One (1) Romarm/Cugir Model Draco 7.62x39mm semi-automatic pistol, bearing serial number DR-5624-09-RO;
>
> (b) One (1) Remington Model 870 Express Magnum 12 guage shotgun, bearing serial number C087921M;
>
> (c) One (1) Intratec Model Tec-22 .22 caliber semi-automatic pistol, bearing serial number 097603.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and Section 2.

**COUNT THREE**

8.  On or about April 28, 2011, in Essex County, in the District of New Jersey, and elsewhere, defendant

> NARIK WILSON,
> a/k/a "Spaz,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court of the State of New Jersey, did knowingly possess in and affecting commerce firearms and ammunition, namely,

> (a) One (1) Romarm/Cugir Model Draco 7.62x39mm semi-automatic pistol, bearing serial number DR-5624-09-RO;
>
> (b) One (1) Remington Model 870 Express Magnum 12 guage shotgun, bearing serial number C087921M;
>
> (c) One (1) Intratec Model Tec-22 .22 caliber semi-automatic pistol, bearing serial number 097603.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

9.     On or about July 18, 2011, in Essex County, in the District of New Jersey, and elsewhere, defendant

> NARIK WILSON,
> a/k/a "Spaz,"

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is the violation of 21 U.S.C. § 846 charged in Count One of this Indictment, did knowingly and willfully use and carry and, in furtherance of such crime, possess a firearm namely,

- (a) One (1) loaded 12-gauge Winchester Model 1300 shotgun, bearing serial number L3303340;
- (b) One (1) loaded 12-gauge Remington 870 Magnum shotgun, bearing serial number B627592m;
- (c) One (1) Roarm/Cugir SAR-1 7.62x39mm assault rifle, bearing serial number S1-88166-03;
- (d) One (1) 9mm Masterpiece Arms Defender Series pistol, with a defaced serial number;
- (e) One (1) 9mm Masterpiece Arms, Model Mini pistol, bearing serial number F0019;
- (f) One (1) .25 caliber Rigarmi Galesi Model Dickson Detective semi-automatic pistol, bearing serial number 132143; and

    (g) One (1) 9mm Sig Sauer Model 226 semi-automatic pistol, bearing serial number U392322.

  In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and Section 2.

## COUNT FIVE

10. On or about July 18, 2011, in Essex County, in the District of New Jersey, and elsewhere, defendant

> NARIK WILSON,
> a/k/a "Spaz,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court of the State of New Jersey, did knowingly possess in and affecting commerce firearms, namely,

(a) One (1) loaded 12-gauge Winchester Model 1300 shotgun, bearing serial number L3303340;

(b) One (1) loaded 12-gauge Remington 870 Magnum shotgun, bearing serial number B627592m;

(c) One (1) Roarm/Cugir SAR-1 7.62x39mm assault rifle, bearing serial number S1-88166-03;

(d) One (1) 9mm Masterpiece Arms Defender Series pistol, with a defaced serial number;

(e) One (1) 9mm Masterpiece Arms, Model Mini pistol, bearing serial number F0019;

(f) One (1) .25 caliber Rigarmi Galesi Model Dickson Detective semi-automatic pistol, bearing serial number 132143; and

(g) One (1) 9mm Sig Sauer, Model 226 semi-automatic pistol, bearing serial number U392322.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT SIX**

11.   On or about August 18, 2011, in Essex County in the District of New Jersey and elsewhere, defendant

> NARIK WILSON,
> a/k/a "Spaz,"

did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Section 2.

## **FORFEITURE ALLEGATIONS**

12. The allegations contained in Count One, Count Two, Count Three, Count Four, Count Five and Count Six of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

13. Upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(C) and 846 set forth in Count One and Count Six of this Indictment; Title 18, United States Code, Section 924(c)(1)(A)(i) set forth in Count Two and Count Four of this Indictment; and/or Title 18, United States Code, Section 922(g)(1) set forth in Count Three and Count Five of this Indictment, defendant

NARIK WILSON,
a/k/a "Spaz,"

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of those offenses, including the following:

    (a) One (1) Romarm/Cugir Model Draco 7.62x39mm semi-automatic pistol, bearing serial number DR-5624-09-RO;

 (b) One (1) Remington Model 870 Express Magnum 12 guage shotgun, bearing serial number C087921M;

 (c) One (1) Intratec Model Tec-22 .22 caliber semi-automatic pistol, bearing serial number 097603;

 (d) One (1) loaded 12-gauge Winchester Model 1300 shotgun, bearing serial number L3303340;

 (e) One (1) loaded 12-gauge Remington 870 Magnum shotgun, bearing serial number B627592m;

 (f) One (1) Roarm/Cugir SAR-1 7.62x39mm assault rifle, bearing serial number S1-88166-03;

 (g) One (1) 9mm Masterpiece Arms Defender series pistol with a defaced serial number;

 (h) One (1) 9mm Masterpiece Arms, Model Mini pistol, bearing serial number F0019;

 (i) One (1) .25 caliber Rigarmi Galesi Model Dickson Detective semi-automatic pistol, bearing serial number 132143;

 (j) One (1) 9mm Sig Sauer, Model 226 semi-automatic pistol, bearing serial number U392322;

 (k) Four (4) 7.62 caliber magazines containing forty-seven (47) .762 caliber rounds;

(l) One (1) .22 caliber magazine containing twenty-four (24) .22 caliber rounds;

(m) One (1) .40 caliber magazine;

(n) Twenty-three (23) rounds of .40 caliber ammunition;

(o) Three (3) rounds of .223 caliber ammunition; 122 rounds of 9mm ammunition;

(p) One (1) Winchester box containing twenty-three (23) rounds of .45 caliber ammunition;

(q) Fourteen (14) rounds of .45 caliber ammunition;

(r) One (1) round of 7.62x39mm ammunition;

(s) Eight (8) rounds of 12 gauge shotgun ammunition;

(t) Sixteen (16) rounds of .50 caliber ammunition;

(u) Seventy-two (72) rounds of .22 caliber ammunition;

(v) Twenty-six (26) rounds of .44 caliber ammunition;

(w) One black and clear plastic ammunition cartridge holders;

(x) One .357 caliber shell casing;

(y)  Three (3) high-capacity magazines loaded with a total of sixty-one (61) 7.62 caliber ammunition;

(z)  One (1) empty 9mm magazine;

(aa) One (1) .30 caliber high capacity magazine loaded with twenty-nine (29) .30 caliber ammunition;

(bb) One (1) high capacity 9mm magazine loaded with fifteen (15) roundhead 9mm rounds and nine (9) 9mm hollow point rounds;

(cc) One (1) high capacity 9mm magazine loaded with twenty-one (21) roundhead 9mm rounds;

(dd) One (1) ziplock bag containing eight (8) roundhead .22 caliber rounds;

(ee) Twenty-five (25) .38 caliber rounds;

(ff) Nineteen (19) .38 caliber rounds;

(gg) Thirty (30) 7.62 rounds;

(hh) Ten (10) .45 caliber hollow point rounds;

(ii) Fifteen (15) live .40 caliber hollow point rounds;

(jj) Twenty (20) live .40 caliber hollow point rounds in a Speer box.

All pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

A TRUE BILL

**SIGNATURE REDACTED**

PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 11-CR-647 (WJM)

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

Narik Wilson,
a/k/a "Spaz"

## INDICTMENT FOR

21 U.S.C. §§ 846, 841(a)(1),
(b)(1)(C) and 853; and 18 U.S.C.
§§ 922(g)(1), 924(c)(1)(A)(I),
924(d)(1) and 2; and
28 U.S.C. § 2461(c)

A True Bill,

_____
Foreperson

**PAUL J. FISHMAN**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

MICHAEL H. ROBERTSON
ASSISTANT U.S. ATTORNEY
(973) 645-2779

USA-48AD 8
(Ed. 1/97)