```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                        Date: 09/13/12

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                        Docket No. Cr. 11-647-01

TITLE OF CASE:

United States
v. Narik Wilson

Appearances:

AUSA Michael Robertson & Mary Toscano
Michael Pedicini, Counsel for Defendant
Defendant present


NATURE OF PROCEEDINGS: Hrg on motions

Defendant's motion for a Bill of Particulars is - DENIED;
motion for severance/bifurcation of Counts Two and Four -
RESERVED
Ordered defendant remanded


Time Commenced: 3:30 p.m.
Time Adjourned: 4:00 p.m.
Total Time: 30 minutes


                                    Gail A. Hansen, Deputy Clerk